# United States District Court

------------------------ DISTRICT OF KANSAS--------------------------

**WEIQIANG ZHANG,**

       Petitioner,

v.                                                          Case No:  2:19-cv-02185-CM

**UNITED STATES OF AMERICA**,            *(Criminal Case No. 13-20134-01)*

       Respondent.

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the <u>MEMORANDUM AND ORDER</u> filed FEBRUARY 13, 2020, Petitioner WEIQIANG ZHANG's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct a Sentence by a Person in Federal Custody is DENIED. The court will not issue a certificate of appealability in this case.  Judgment is entered in favor of Respondent UNITED STATES OF AMERICA and against Petitioner WEIQIANG ZHANG.

 2/13/2020                                              TIMOTHY M. O'BRIEN
       Date                                                 CLERK OF THE DISTRICT COURT

                                                          by:   /s/ Jeffrey Hokanson
                                                                 Deputy Clerk